# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Noonan, Jr., John T. | 2. Court or Organization<br><br>U.S. Court of Appeals, 9th | 3. Date of Report<br><br>08/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Advisory Council, Transparency International |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/01/86 | University of California pension based on service |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Pension: University of California | $47,908.03 |
| 2. 2015 | Royalties: University of Notre Dame Du Lac | $140.68 |
| 3. 2015 | Royalties: University of California Los Angeles | $132.54 |
| 4. 2015 | Royalties: LEG, Inc dba West Academic | $427.09 |
| 5. 2015 | Royalties: Amazon Digital Services, Inc | $32.66 |
| 6. 2015 | Royalties: Harvard University | $129.26 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Noonan, Jr., John T. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Checking #1 | A | Interest | M | T | | | | | |
| 2. Wells Fargo Market Rate #1 | A | Interest | M | T | | | | | |
| 3. Wells Fargo retirement CD's | B | Interest | K | T | | | | | |
| 4. Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 5. ****Schwab IRA #1 (H) | | | | | | | | | |
| 6. - Schwab U.S. Treasury Money Fund | | None | K | T | | | | | |
| 7. - Fidelity Growth Company | D | Dividend | M | T | | | | | |
| 8. - Vanguard FTSE All-Wld ex-US Idx Admiral | B | Dividend | L | T | | | | | |
| 9. - IVA International I | D | Dividend | L | T | | | | | |
| 10. - Parametric Emerging Markets Fund | B | Dividend | L | T | | | | | |
| 11. - Metropolitan West Total Return Bond I | A | Dividend | K | T | Buy | 02/13/15 | J | | |
| 12. - Dreyfus/Standish Global Fixed Income I | A | Dividend | K | T | | | | | |
| 13. - Principal Diversified Real Asset Inst | A | Dividend | K | T | | | | | |
| 14. ****Schwab IRA #2 (H) | | | | | | | | | |
| 15. - Fidelity Equity Income II | A | Dividend | J | T | | | | | |
| 16. - Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Sold (part) | 06/10/15 | J | | |
| 17. Legacy Treasury Direct | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ****Schwab #1 (H) | | | | | | | | | |
| 19.   - Schwab U.S. Treasury Money Fund | | None | K | T | | | | | |
| 20.   - Coca-Cola Common | B | Dividend | L | T | | | | | |
| 21.   - Eli Lilly & Corporation | B | Dividend | L | T | | | | | |
| 22.   - Fortune Brands Home & Security | A | Dividend | K | T | | | | | |
| 23.   - General Mills | C | Dividend | L | T | | | | | |
| 24.   - International Business Machines Common | B | Dividend | L | T | | | | | |
| 25.   - JP Morgan Chase & Co Com | C | Dividend | M | T | | | | | |
| 26.   - Monsanto Co New Com | A | Dividend | K | T | | | | | |
| 27.   - Pfizer Inc. | B | Dividend | L | T | | | | | |
| 28.   - Procter & Gamble Co Common | C | Dividend | L | T | | | | | |
| 29.   - BP Plc | B | Dividend | K | T | | | | | |
| 30.   - Harbor International | D | Dividend | M | T | | | | | |
| 31.   - IVA International I | C | Dividend | L | T | | | | | |
| 32.   - Parametric Emerging Markets Fund | A | Dividend | J | T | Sold (part) | 06/10/15 | K | A | |
| 33.   - JPMorgan Strategic Income Opps | C | Dividend | L | T | Sold (part) | 06/10/15 | K | | |
| 34.   - Wasatch Long/Short | D | Dividend | K | T | Sold (part) | 06/10/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Wasatch Long/Short | | | | | Sold (part) | 12/21/15 | J | | |
| 36. - Metropolitan West Total Return Bond I | C | Dividend | M | T | Buy (add'l) | 02/13/15 | K | | |
| 37. - Dreyfus/Standish Global Fixed Income I | B | Dividend | K | T | Buy (add'l) | 02/13/15 | K | | |
| 38. - Dreyfus/Standish Global Fixed Income I | | | | | Sold (part) | 12/21/15 | L | | |
| 39. - MainStay High Yield Municipal Bond I | A | Dividend | | | Sold | 02/13/15 | L | D | |
| 40. - Vanguard FTSE All-Wld ex-US Idx Admiral | B | Dividend | M | T | Buy (add'l) | 06/10/15 | K | | |
| 41. - Vanguard FTSE All-Wld ex-US Idx Admiral | | | | | Buy (add'l) | 12/21/15 | K | | |
| 42. - iShares Currency Hedged MSCI EMU | | None | L | T | Buy | 12/17/15 | L | | |
| 43. - WisdomTree Europe Hedged Equity ETF | B | Dividend | | | Buy | 06/10/15 | L | | |
| 44. - WisdomTree Europe Hedged Equity ETF | | | | | Sold | 12/17/15 | L | | |
| 45. **** Schwab #2 (H) | | | | | | | | | |
| 46. - Schwab Govt Money Fund | | None | L | T | | | | | |
| 47. - Alhambra California Muni | B | Interest | K | T | | | | | |
| 48. - Brea & Olinda California Muni | A | Interest | | | Sold | 08/01/15 | K | | |
| 49. - Burlingame California Muni | B | Interest | K | T | | | | | |
| 50. - California State Economic Muni | B | Interest | K | T | | | | | |
| 51. - Campbell California Un High Sch Dist Muni | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Clark County Nevada Hwy Muni | B | Interest | K | T | | | | | |
| 53.   - Contra Costa California Water District Muni | B | Interest | K | T | | | | | |
| 54.   - Kane Kendall Muni | A | Interest | K | T | | | | | |
| 55.   - Los Angeles California Cmnty College Muni | B | Interest | K | T | Buy (add'l) | 01/02/15 | K | | |
| 56.   - Metropolitan Water District SoCal Muni | B | Interest | | | Sold | 10/05/15 | K | A | |
| 57.   - San Jose California Uni School District Muni | B | Interest | K | T | | | | | |
| 58.   - Saugus California Uni Sch Dist Muni | B | Interest | K | T | | | | | |
| 59.   - Simi Valley California Muni | B | Interest | K | T | | | | | |
| 60.   - Southern California Public Muni | B | Interest | K | T | | | | | |
| 61.   - William S Hart California Muni | B | Interest | K | T | | | | | |
| 62.   - California St Dept Wtr Res Pwr Muni | A | Interest | | | Sold | 05/01/15 | J | | |
| 63.   - Chula Vista California Elem Sch Dis Muni | A | Interest | K | T | | | | | |
| 64.   - Long Beach California Hbr Muni | A | Interest | K | T | | | | | |
| 65.   - Los Angeles California Dept Water Muni | A | Interest | K | T | | | | | |
| 66.   - San Diego California Pub Muni | A | Interest | | | Sold | 04/30/15 | K | | |
| 67.   - Wiseburn California Sch Dis Muni | A | Interest | | | Sold | 08/01/15 | K | | |
| 68.   - Escondido California Muni | A | Interest | K | T | Buy | 04/30/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Los Angeles California Hbr Muni | A | Interest | K | T | Buy | 02/03/15 | K | | |
| 70. - Los Angeles California Uni Sch District Muni | | None | K | T | Buy | 08/04/15 | K | | |
| 71. - Rancho California Water District Muni | A | Interest | K | T | Buy | 08/18/15 | K | | |
| 72. - Roseville California Muni | | None | K | T | Buy | 12/24/15 | K | | |
| 73. - San Francisco California City & Cnty Muni | A | Interest | K | T | Buy | 08/13/15 | K | | |
| 74. - San Gabriel California Uni Sch District Muni | | None | K | T | Buy | 10/02/15 | K | | |
| 75. **** Schwab IRA #3 (H) | | | | | | | | | |
| 76. - Wells Fargo Advantage Government Sec A | A | Int./Div. | J | T | | | | | |
| 77. - Metropolitan West Total Return Bond I | A | Dividend | J | T | Sold (part) | 02/13/15 | J | | |
| 78. **** Schwab IRA #4 (H) | | | | | | | | | |
| 79. - Wasatch Long/Short | A | Dividend | J | T | Sold (part) | 06/10/15 | J | | |
| 80. ****BofA Trust Number #1 (No personal income) (H) | D | Dividend | O | T | | | | | |
| 81. - Dividend Income Common Trust Fund | B | Dividend | K | T | Redeemed (part) | 01/06/15 | J | A | |
| 82. - High Quality Core Common Trust Fund | A | Dividend | K | T | | | | | |
| 83. - Strategic Growth Common Trust Fund | A | Dividend | K | T | Redeemed (part) | 01/06/15 | J | A | |
| 84. - Strategic Growth Common Trust Fund | | | | | Redeemed (part) | 03/04/15 | J | A | |
| 85. - Mid Cap Growth CTF | A | Dividend | J | T | Redeemed (part) | 01/06/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Mid Cap Growth CTF | | | | | Redeemed (part) | 04/06/15 | J | A | |
| 87. - Mid Cap Value CTF | A | Dividend | J | T | Redeemed (part) | 01/06/15 | J | | |
| 88. - Mid Cap Value CTF | | | | | Redeemed (part) | 04/06/15 | J | A | |
| 89. - IShares Core S&P Mid Cap ETF | A | Dividend | K | T | Sold (part) | 03/04/15 | J | A | |
| 90. - Small Cap Growth Leaders CTF | A | Dividend | J | T | | | | | |
| 91. - Small Cap Value CTF | A | Dividend | J | T | | | | | |
| 92. - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 93. - International Focused Equity Common Trust Fund | A | Dividend | K | T | Buy (add'l) | 04/06/15 | J | | |
| 94. - Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy (add'l) | 01/06/15 | J | | |
| 95. - Emerging Markets Stock Common Trust Fund | A | Dividend | K | T | Redeemed (part) | 04/06/15 | J | A | |
| 96. - Crossover Fixed Income Common Trust Fund | B | Dividend | M | T | Buy (add'l) | 03/04/15 | J | | |
| 97. - Templeton Global Bond Fund Advisor CL | | None | | | Redeemed | 03/02/15 | J | | |
| 98. - Ivy Asset Strategy Fund | A | Dividend | K | T | | | | | |
| 99. - Vanguard REIT | B | Dividend | K | T | Sold (part) | 03/04/15 | J | A | |
| 100. - Powershares DB Commodity Index Fund | | None | J | T | Sold (part) | 01/06/15 | J | | |
| 101. - Pimco High Yield Fund | A | Dividend | J | T | Redeemed (part) | 08/03/15 | J | | |
| 102. - Goldman Sachs Strategic Income Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - iShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 01/06/15 | K | | |
| 104. - iShares Core S&P 500 ETF | | | | | Buy (add'l) | 08/05/15 | J | | |
| 105. - WisdomTree Europe Hedged Equity Fund | A | Dividend | J | T | Buy | 04/06/15 | J | | |
| 106. - Pimco Foreign Bonds | A | Dividend | J | T | Buy | 03/02/15 | J | | |
| 107. - Vanguard Total Intl Bond Index Fund ETF | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 108. ****Trust #2 BofA (No personal income) (H) | D | Dividend | N | T | | | | | |
| 109. - Strategic Growth CTF (formerly Large Cap Growth CTF) | A | Dividend | K | T | | | | | |
| 110. - Large Cap Value Quantitative Common Trust Fund | A | Dividend | K | T | | | | | |
| 111. - Mid Cap Growth CTF | A | Dividend | J | T | | | | | |
| 112. - Mid Cap Value CTF | A | Dividend | J | T | | | | | |
| 113. - Small Cap Growth Leaders CTF | A | Dividend | J | T | | | | | |
| 114. - Small Cap Value CTF | A | Dividend | J | T | | | | | |
| 115. - International Equity CTF | A | Dividend | J | T | | | | | |
| 116. -Emerging Markets Stock Common Trust Fund | A | Dividend | J | T | | | | | |
| 117. - MA Intermediate Tax Exempt Bond | C | Interest | M | T | | | | | |
| 118. - Rowe T Price International | | None | | | Redeemed | 01/08/15 | J | | |
| 119. - Columbia High Yield Muni Fund | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Ivy Asset Strategy Fund | A | Dividend | J | T | | | | | |
| 121.  - Permanent Portfolio | A | Dividend | J | T | | | | | |
| 122.  - Pimco All Asset All Auth Fund | A | Dividend | J | T | | | | | |
| 123.  - Vanguard REIT | A | Dividend | J | T | | | | | |
| 124.  - Powershares DB Commodity Fund | | None | J | T | Sold (part) | 01/12/15 | J | | |
| 125.  - Pimco Foreign Bonds | A | Dividend | J | T | Buy | 01/08/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

To simplify the organization of the report, and to make yearly updates easier under Part VII, investment accounts with multiple investments will have the investment firm name and designated number listed first, preceded with four (4) asterisks. Next, the underlying investments are listed in the lines thereafter, preceded by a hyphen, as shown below:

****Account Name #1
-Large Cap Fund
-Small Cap Fund
-Mid Cap Fund

Two trusts referred to in this report are as follow:

1. Trust #2: Trust #2 was created on December 15, 1976. It became irrevocable in 1990 and divided into three shares. The trustee has discretion to pay the income and principal of my share to the beneficiaries.

2. Trust #1: Trust #1 was formed in 1976. It became irrevocable in 1987 and was divided into three equal shares. The trustee has discretion to pay some or all of the net income or principal of my share to the beneficiaries.

3. The income of both trusts was paid by the trustee in 2015 to the beneficiaries. At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston, and then Bank of America acquired Fleet, and became the trustee of the above trusts. The trusts were also subdivided into distinct trusts for the grantors. Report is not made here of sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds.

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John T. Noonan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544